Motion granted. So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **TAYLOR WILLIAMS,** | CASE NO. 3:22-cv-00634 |
| **Plaintiff,** | Judge Jeffrey Helmick |
| vs. | |
| **MERCY HEALTH PHYSICIANS – NORTH, LLC,** | **PLAINTIFF'S UNOPPOSED MOTION TO SEVER AND DISMISS COUNTS ONE AND THREE OF HER COMPLAINT WITH PREJUDICE** |
| **Defendant.** | |

Pursuant to Fed. R. Civ. P. 21, Plaintiff, Taylor Williams, moves the Court to sever and dismiss with prejudice Counts One and Three of her Complaint, for sexual harassment/hostile work environment under Title VII and the Ohio Revised Code, respectively, and eliminate any further litigation of those claims. *See, e.g.*, *Bernard v. City of Cleveland*, No. 1:21-CV-1103, 2022 WL 4367655, at *1 (N.D. Ohio Sept. 21, 2022) (finding Rule 21 the proper procedural vehicle to voluntarily dismiss less than an entire action). Defendant, Mercy Health Physicians North, LLC, does not oppose this motion.

Respectfully submitted,

*/s/ Marilyn Widman*
Marilyn Widman (#0068446)
Widman & Franklin, LLC
405 Madison Ave., Suite 1100
Toledo, Ohio 43604
Ph.: (419) 243-9005
Fax: (419) 243-9404
marilyn@wflawfirm.com
*Attorney for Plaintiff*